# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JIMMY CURTIS BUNDRUM, ) | |
| Petitioner, ) | |
| v. ) | Case No.: 1:13-cv-01779-LSC-SGC |
| KENNETH JONES, et al., ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

On August 18, 2016, the magistrate judge entered a report recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied as time-barred. (Doc. 12). On September 2, 2016, Petitioner filed objections to the magistrate judge's report and recommendation. (Doc. 13). Petitioner's objections present no new evidence or arguments to overcome the conclusion that his claims are time-barred. Accordingly, Petitioner's objections are **OVERRULED**.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** her recommendations. In accordance with the recommendation, the court finds the petition is due to be denied as time-barred. A certificate of appealability is due to be denied.

A separate order will be entered.

**DONE** AND **ORDERED** ON SEPTEMBER 12, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704